**Electronically Filed
Supreme Court
SCPW-22-0000283
26-APR-2022
01:26 PM
Dkt. 5 ODDP**

SCPW-22-0000283

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN RE KEAKA MARTIN, Petitioner

ORIGINAL PROCEEDING
(CASE NO. 3CPN-21-0000006)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Keaka Martin's petition for writ of mandamus, filed on April 19, 2022, and the record, petitioner fails to demonstrate he has a clear and indisputable right to the requested relief and that he lacks alternative means to seek relief.  An extraordinary writ is thus not warranted.  <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such a writ is not intended to supersede the legal discretionary authority of the trial courts, cure a mere legal

error, or serve as a legal remedy in lieu of normal appellate procedures).  Accordingly,

It is ordered that the petition for writ of mandamus is denied.

It is further ordered that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, April 26, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

